UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

DEREK ANDREW, INC.,                 :

              Plaintiff,    :

     - against -                   :         **ORDER**

MACY'S INC. <u>et al.</u>,              :         09 Civ. 3665 (DC)

                            :
              Defendants.
                            :
- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

        The deadline for all fact and expert discovery is hereby extended to January 8, 2010. A pretrial conference will be held on January 8, 2010 at 10:30 am.

        SO ORDERED.

Dated:    New York, New York
            November 16, 2009

                                      DENNY CHIN
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/09